# ALABAMA COURT OF CRIMINAL APPEALS



December 6, 2024

**CR-2024-0244**
Mikheal Christopher Gilliam v. State of Alabama (Appeal from Tuscaloosa Circuit Court: CC-19-1841.60)

## NOTICE

You are hereby notified that on December 6, 2024, the following action was taken in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk